UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

DR. HABIBA CHIRCHIR, on behalf of herself
and a similarly situated class of persons,

        Plaintiff

vs.                                            Civil Action No. 3:20-cv-00416

CITIZENS BANK, N.A., d/b/a Citizens One
Home Loans,

        Defendants

## JOINT NOTICE OF SETTLEMENT

Plaintiff Dr. Habiba Chirchir and Defendant Citizens Bank, N.A. (the "Parties"), by counsel, hereby notify the Court that they have reached a settlement in this matter of Plaintiff's claims against Defendant. The Parties request that all pending deadlines and filing requirements be vacated with respect to both Plaintiff's claims against Defendant Citizens in the First Amended Class Action Complaint (ECF No. 18) and Citizens' claims alleged in the Third-Party Complaint (ECF No. 77). Counsel will submit an Order of Dismissal within thirty days dismissing Plaintiff's individual claims with prejudice and the class claims without prejudice.

Respectfully submitted,

/s/ *Patricia M. Kipnis*
Patricia M. Kipnis (WVSB #12896)
Bailey & Glasser LLP
923 Haddonfield Road
Suite 300
Cherry Hill, New Jersey 08002
pkipnis@baileyglasser.com

Jonathan R. Marshall (WVSB #10580)

Bailey & Glasser, LLP
209 Capitol Street
Charleston, WV 25301
(304) 345-6555
(304) 342-1110 facsimile
jmarshall@baileyglasser.com

*Counsel for Plaintiff*

/s/*Robert J. Hannen*
Robert J. Hannen (WV I.D. #5496)
Alex M. Lonnett (WV I.D. #13354)
Clark Hill PLC
One Oxford Centre
301 Grant Street, 14th Floor
Pittsburgh, PA  15219
(412) 394-2322
rhannen@clarkhill.com
alonnett@clarkhill.com

*Counsel for Defendant*